**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Kmart Corporation</u>

    v.                                      Case No. 05-mc-28-JM

<u>POS Direct, et al.</u>

**O R D E R**

"POS Direct", a company which appears to be a d/b/a of one James Karoutsas or is controlled by him, has willfully ignored a federal subpoena. POS Direct by and through James Karoutsas are ordered to comply with the subpoena in full by October 14, 2005. In addition, Mr. Karoutsas is ordered to appear before me on October 17, 2005 at 10:30 a.m. to show cause why POS Direct and he should not be held in contempt and why plaintiff should not be awarded its fees and costs.

Mr. Karoutsas is forewarned. 18 U.S.C. § 401 empowers the court to punish disobedience or resistance to the court's order by fine or <u>imprisonment</u>. If he fails to appear as ordered I will issue a bench warrant for his arrest.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: October 5, 2005
cc:   Robert A. Stein, Esq.
      James Karoutsas